ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

(718) 793-8363

FAX: (718) 520-8751

E-MAIL: alandlaw@justice.com

FILED

IN CLERK'S OFFICE

U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 6 2012 ★

BROOKLYN OFFICE

March 2, 2012

**VIA ECF**

Honorable Cheryl L. Pollak

United States Magistrate Judge

225 Cadman Plaza East

Brooklyn, New York 11201

Re: Benitez v. P.O. Scocca, et al.

11 CV 0420 (JBW) (CLP)

Dear Judge Pollack:

*Case dismissed for failure to prosecute, but not on the merits. So ordered. Dubrin 3/12/12*

I am the attorney for the plaintiff in the above-referenced action. I am writing to inform the court that all efforts I have made, which have been considerable, to locate my client have been unavailing. As I have previously informed the court, he has been deported to Mexico and Immigration and Customs Enforcement does not keep any records with regard to addresses in their native country of deportees to Mexico. Efforts to locate Mr. Benitez's siblings, who were believed to be residing somewhere in Queens County, have been similarly unavailing. Consequently, I am informing the court that I have not been able to accept the settlement offer that was made in the action and will not be able to proceed with the case any further. Therefore, the court may take whatever action it deems proper and required in such circumstances.

Very truly yours,

ALAN D. LEVINE

ADL/sr

cc: Phillip S. Frank, Esq.